Louis L. Kurtz, OSB #760353
Louis L. Kurtz, P.C.
1050 Willagillespie Road, Ste 5
Eugene, OR 97401
Telephone: (541) 484-1273
Email: lou@llkpc.com
Of Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

JESSE ELIZONDO and RANDEE ELIZONDO,

Plaintiffs,

vs.

CITY OF JUNCTION CITY; MARK CRENSHAW; BILL DeMARCO; ROB STOTT; DALE ROWE; JOHN GAMBEE; SANDIE THOMAS; ANDREA CENIGA; JASON KNOPE; and GARY KAPING,

Defendants.

No. 6:19-cv-1723-AA

STIPULATED GENERAL JUDGMENT OF DISMISSAL

BASED UPON the stipulation of counsel endorsed hereon, it is hereby

ORDERED AND ADJUDGED that this case be, and the same hereby is, dismissed with prejudice and without costs.

DATED this 12th day of April, 2023.

/s/Ann Aiken
Ann L. Aiken, U.S. District Judge

IT IS SO STIPULATED:

MARIANNE DUGAN
Attorney for Plaintiffs

/s/ Marianne Dugan
Marianne Dugan, OSB #932563

Dated: 3/30/2023

LOUIS L. KURTZ, P.C.
Attorney for Defendants

Louis L. Kurtz, OSB #760353

Dated: 4/11/23

PAGE 1 - STIPULATED GENERAL JUDGMENT OF DISMISSAL